**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ESTATE OF: BERNICE M. KANE,　　　　　： No. 363 MAL 2017
POWER OF ATTORNEY　　　　　　　　 ：
　　　　　　　　　　　　　　　　　　 ： Petition for Allowance of Appeal from
　　　　　　　　　　　　　　　　　　 ： the Order of the Superior Court
　　　　　　　　　　　　　　　　　　 ：
PETITION OF: LAUREN HOPE KANE　　 ：
　　　　　　　　　　　　　　　　　　 ：
　　　　　　　　　　　　　　　　　　 ：
　　　　　　　　　　　　　　　　　　 ：


## ORDER


**PER CURIAM**

　　　**AND NOW**, this 10th day of October, 2017, the Petition for Allowance of Appeal
is **DENIED**.